UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANNA DUZEN,

    Plaintiff,                             CASE NO.: 8:20-cv-2565-T-23TGW

v.

REDVECTOR.COM, LLC,

    Defendant.
_____/

## NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a), Plaintiff Deanna Duzen and Defendant RedVector.com, LLC d/b/a Vector Solutions hereby give the Court notice that they have reached a resolution in the above-styled case.

Respectfully submitted this 8th day of March, 2021.

| | |
|---|---|
| By: */s/Brandon J. Hill* | By: */s/Kathryn K. Rudderman* |
| Brandon J. Hill, Esq. | Kathryn K. Rudderman, Esq. |
| Florida Bar Number: 0037061 | Florida Bar No. 0099821 |
| Email: bhill@wfclaw.com | Email: krudderman@rtlaw.com |
| | |
| Amanda E. Heysteck, Esq. | Robert G. Riegel, Jr., Esq. |
| Florida Bar Number: 0285020 | Florida Bar No. 0325759 |
| Email: aheystek@wfclaw.com | Email: rriegel@rtlaw.com |
| WENZEL FENTON CABASSA, P.A. | ROGERS TOWERS, P.A. |
| 1110 N. Florida Avenue, Suite 300 | 1301 Riverplace Boulevard, Suite 1500 |
| Tampa, Florida 33602 | Jacksonville, Florida 32207 |
| Main Number: 813-224-0431 | P 904.398.3911; F 904.396.0663 |
| Facsimile: 813-229-8712 | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | REDVECTOR.COM, LLC |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed this 8th day of March, 2021 by using CM/ECF systems, which will send notice of electronic filing of the foregoing document to the following counsel of record:

>Brandon J. Hill
>Amanda E. Heystek
>Wenzel Fenton Cabassa, P.A.
>1110 N. Florida Avenue, Suite 300
>Tampa, Florida 33602
>Email: bhill@wfclaw.com
>Email: aheystek@wfclaw.com
>
>ATTORNEYS FOR PLAINTIFF
>
>    */s/Kathryn K. Rudderman*
>              Attorney